AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

TOM HUTTO, on behalf of himself as a Host and his Guests,
*Plaintiff*
v.
CITY OF ROCK HILL,
*Defendant*

)
)
)
)
)
)

Civil Action No.    0:23-cv-00970-CMC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ summary judgment is entered in favor of the defendant, City of Rock Hill. The plaintiff, Tom Hutto, on behalf of himself as a Host and his Guests, shall take nothing of the defendant, City of Rock Hill, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted the defendant's motion for summary judgment.

Date:  March 4, 2025                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                        *s/Charles L. Bruorton*
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*